# UNITED STATES DISTRICT COURT

for the

_Eastern_ District of _North Carolina_

_Western_ Division

**FILED**

**SEP 03 2024**

PETERIA MOORE JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

|  |  |
|---|---|
| Luis Antonio Rosado Jr. | Case No. $5:24-CT-3208-D$ |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-v-

Bradley D. Brecher, et., al.

_Defendant(s)_

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Luis Antonio Rosado Jr.

All other names by which you have been known:

ID Number: 1087392

Current Institution: Marion Correctional Institution

Address: 355 Old Glenwood Rd.

Marion    NC    28752
*City*    *State*    *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Bradley D. Brecher

Job or Title *(if known)*: Assistant Attorney General

Shield Number: NC state bar no. 53331

Employer: North Carolina Department of Justice

Address: Po Box 629

Raleigh    NC    27699
*City*    *State*    *Zip Code*

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2

Name: Alan D. McInnes

Job or Title *(if known)*: Assistant Attorney General

Shield Number: NC state Bar No. 20938

Employer: North Carolina Department of Justice

Address: Po Box 629

Raleigh    NC    27699
*City*    *State*    *Zip Code*

[✓] Individual capacity    [✓] Official capacity

Defendant No. 3
    Name               Joshua H. Stein
    Job or Title *(if known)*   Attorney General
    Shield Number
    Employer         North Carolina Department of Justice
    Address          Po Box 629
                    Raleigh        NC       27699
                       *City*         *State*     *Zip Code*
                    ☑ Individual capacity    ☑ Official capacity

Defendant No. 4
    Name               Terrence W. Boyle
    Job or Title *(if known)*   Honorable Judge of Eastern District of NC
    Shield Number
    Employer         United States District Court E.D. of North Carolina
    Address          Po Box 25670
                    Raleigh        NC       27611
                       *City*         *State*     *Zip Code*
                    ☑ Individual capacity    ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    8th Amendment Violation, 5th Amendment Violation, NC Gen. Stat. § 14-1
    False Claims Act § 3729 (A)(2)(B)(1)(2)

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. **5**

Name: _John Gray_

Job or Title *(if known)*: ~~Warden~~ Warden of Maury Correctional

Shield Number:

Employer: _Maury Correctional Institution._

Address: _2568 Moore Rouse Rd._

_Hookerton_     _NC_     _28538_
City        State       Zip Code

☑ Individual capacity     ☑ Official capacity

Defendant No. **6**

Name: ~~Appellate Judge Wilkson~~

Job or Title *(if known)*: ~~Appellate Judge of Fourth Circuit~~

Shield Number:

Employer:

Address:

_____     _____     _____
City        State       Zip Code

☑ Individual capacity     ☑ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue *federal officials* for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_False Claims Act_ ~~§~~ _5th Amendment Violation during discovery, 8th Amendment Violation, Nc Gen. Sta_
_3729(A)(2)(B)(1)(2);_     _§64-1_

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

During Plantiffs Litigation on Case Number 5:19-Ct-3358-BO
+ During appell on Appeal Case No: 2024 WL 3874434

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On 12/18/2018 I was assaulted by 6 staff members and have

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

IV.

A.)

filed a Claim with the Eastern District Court of North Carolina. This took Place 12/02/2019 and Continued from then til 3/28/2023. From there I filed appeal in the Appelate Court which allowed the Continued Use of false evidence or misRepresentation of material facts in form of Motions, oral arguments in Court and trial session.
Also took Place from 3/28/2023 til Present 8/21/2024 at the United States Court of Appeals for the fourth Circuit as well.

C.   What date and approximate time did the events giving rise to your claim(s) occur?

The entire incident took place on multiple locations.

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

During the Trial session + Pleadings And motions

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental Damages, Humiliation, Loss of Judgment 3,150,000 00 in Official + Individual Damage, Physical from Litigation.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plantiff Seeks Double the Damages from Judgment on Case 5:19-ct-3358-BO which is totaled 6,300,000 00 Double is 12,600,000 00 Basis for this Judgment is backed by NC. General Statute § 84-13 where Attorney is Liable.

Page 5 of 11

IV.

IV.

①

C.)
at Maury Correctional Institution 12/18/2018; The
United States District Court for the Eastern District of
Northa Carolina 12/02/2019 - til ~~present~~ 3/28/2023 and
the United States Court of Appeal from 3/28/2023 til
Present 8/23/2024.

D.) On Case Number 5:19-Ct-3358-BO The Defense
misrepresented material facts and impeached their
own Defense. Mr. Alan D. MC Innes filed the
Answer to Complaint on the Case cited above and
Stated falsities on Record.
On Discovery Joshua H. Stein, and James
Tratchman were Responsible for disclosing all the
records and discovery material to which they
withheld key Evidence that would show that the
State knowingly presented a false narrative on the
Case cited above.
To Defendant Brecher, Bradley D.; He knowingly
presented falsities during his motion for Summary
Judgment. then turned around and impeached his own
Client during trial session. when Mr. Brecher turne
in his Summary Judgment Motion He Stated falsities
and deceived the Courts. Even during Trial
session Continued to use improper trial tactics to
Sway the Jury and Court Breacher used during

plantiffs Trial session and stated that Mr. Fatmi
Plantiffs Cansel never submitted motion to Compel which
is a breach of Ethics and NC state Bar Rules.
Per NC. General statute § 84-13 on Fraudulent
Practice; In this Respect plantiff shaws improper
tactics such as perjury, Impeachment, withholding
key evidence in the attempt to delay, harrass,
and deceive the Jury and Carts, Also plantiff.
Also the False Claims Act § 3729 where the
Defenses Cansels presented false claims or Defense
to the Carts in Various motions and even went
as far as to cover up the Truth also went
to great length to do so.
To present to the COURts on Documents, Motions or
pleading with false information or misrepresent the
information is fraudulent behavior.
On Defendant Stein, he is the Attorney General
and his name is endorsed on top of the motions
as well. he is the superior to Brecher, Tratchman,
and Mc Innes So if he authorized the motions
with-out proof reading it or verifying the information
he is guilty of frauding the Cart as well.
As to the Defendant Terrence W. Boyle he has
abused his Discretion During plantiffs Littgation. During
Plantiffs Litigation the Defendant Boyle did not Rule on
plantiffs

Plantiffs trial and allowed Defense to Comit perjury in the Court, also to disregard the integrity of the Courts. Had the Court View the Summary Judgment of Defense and the material facts submitted by defense the Judge + Court would have seen the Defendant Robinson of the Case Committed perjury **3x times**. As to the Defendants ~~struggle~~ Court Judge Terrence Boyle I filed motion for Appeal with the Courts and prior to trial filed motion to Compel Subpoena for Witnesses yet the Judge neglected his discretion until after Trial which then plantiff had no chance at winning due to more Lies by the defense + his clients, and unfair Competition.

• As to John Gray; He is the Warden of Maury Correctional Institution and when the incident took place in the main hallway he allowed Defense Counsel to Lie about Main hallway being a "dark place" and withheld all Camera footages of the day in question. This is clear Tampering of evidence. For plantiff to pass 13 Cameras and not one second or minute of footage? In the Complaint and Grievance I stated I was moved, also in Mr. Griers testimony he stated he was on upper Red Echo Block which is General Population, so the Lt + Mr Gray Destroyed the footage to hinder plantiffs Litigation chances, and show perjury. Mr. Gray during plantiffs trial session (5:19-Ct-3358-B0) Stated on Record that it was anticipated force and clearly shows that the Defense Committed Perjury multiple times.

Lastly Mr Brecher, Mr. McInnes, Mr. Stein have Violated the NC Bar Rules, Ch.2 Rule 1.2(b) and their Code of Responsibility DR7-102; Violation of State Bar Rules, ch.2, Rule 3.1, 8.4 (c,D); the State Bar Rules, ch.2, Rules 3.3 (A), 3.3 (b)

**VII.  Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Yes because the original Litigation took place in prison but

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

A)

I'm filing this Litigation to hold the Attorneys Responsible for their deceptive behavior, and improper tactics. For Abuse of the Judges Discretion. and for fraudulent practice, malpractice. and for violating NC. Bar Rules, Ch.2 Rule 1.2 (D) and their Code of Responsibility DR7-102; Violation of State Bar Rules Ch.2, Rule 3.1, 8.4 (C,D); State Bar Rules, ch.2, Rules 3.3 (A), 3.3 (D).

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

I filed a Complaint with NC State Bar Association.

2.   What did you claim in your grievance?

Fraudulent behavior, perjury, disregard of Ethics

3.   What was the result, if any?

No Response has been made.

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I went to Appellate Court yet I was denied yet I sent multiple motions with all the evidence to prove, impeachment and perjury.

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
     action?

     ☐ Yes

     ☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there·is
     more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

     1.   Parties to the previous lawsuit
          Plaintiff(s)      Luis Antonio Rosado Jr.
          Defendant(s)

     2.   Court *(if federal court, name the district; if state court, name the county and State)*

     3.   Docket or index number

     4.   Name of Judge assigned to your case

     5.   Approximate date of filing lawsuit

     6.   Is the case still pending?

          ☐ Yes

          ☐ No

          If no, give the approximate date of disposition.

     7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered
          in your favor? Was the case appealed?)*

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
     imprisonment?

☑ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)  Luis Antonio Rosado Jr.

Defendant(s)  Mark Flemmings, et. al, Joshua Barnes, et, al

2.  Court *(if federal court, name the district; if state court, name the county and State)*

United States District Court For The Eastern District Of NC

3.  Docket or index number

5:19ct-3358-BO

4.  Name of Judge assigned to your case

Terrence W Boyle.

5.  Approximate date of filing lawsuit

12/2/2019

6.  Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition  3/29/2023

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Ruled in favor of Defense and I appealed due to fraudulent practice, perjury + impeachment, Sent 3 motions which elaborated the claims, yet State Got away with Fraud so I filed this claim against Attorneys for Fraudulent practice,

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     _8/23/2024_

Signature of Plaintiff     _Luis Antonio Rosado Jr._

Printed Name of Plaintiff     _Luis Antonio Rosado JR._

Prison Identification #     _1087392_

Prison Address     _355 old Glenwood Rd._

_Marion_ _____ _NC_ _28752_
City _____ State _____ Zip Code

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

_____
City _____ State _____ Zip Code

Telephone Number     _____

E-mail Address     _____